UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                                    CASE NO.: 23-16268-SMG

STAMATIKE GLARENTZOS                                          Chapter 13

Debtor
_____/

### DEBTOR'S MOTION TO CONVERT CASE
### UNDER CHAPTER 13 TO CASE UNDER CHAPTER 11

The Debtor, STAMATIKE GLARENTZOS, by and through the undersigned Counsel, pursuant to 11 U.S.C. § 706, hereby moves this Court to convert the above captioned Chapter 13 case to a case under Chapter 11 of the U.S. Bankruptcy Code and in support thereof states:

1. That the case, filed on August 8, 2023 is a case under Chapter 13 of the Bankruptcy Code.

2. After further review of the Debtor's Schedules, the proposed Chapter 13 Plan and after conferring with the Debtor sand her family, it has been determined that the Debtor is better suited for Chapter 11.

3. The Debtor is to be a Debtor under Chapter 11 of the Bankruptcy Code.

4. This bankruptcy case has not been previously converted under 11 U.S.C. § 1112, § 1208 or § 1307.

**WHEREFORE**, the Debtor, respectfully requests this Court to enter an Order Granting this Motion and granting such other relief as the Court deems to be just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to parties on the attached list this 19th day of SEPTEMBER, 2023, and that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1 (A).

SUSAN D. LASKY, ESQ.
Attorney for Debtor
320 SE 18 STREET
Ft Lauderdale, FL 33316
(954) 400-7474
Sue@SueLasky.com

By: *s/Susan D. Lasky, Esq.*
    SUSAN D. LASKY, ESQ.
    Florida Bar No. 451096

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 23-16268-SMG<br>Southern District of Florida<br>Fort Lauderdale<br>Tue Sep 19 12:59:39 EDT 2023 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 |
| Discover Financial<br>Po Box 30939<br>Salt Lake City, UT 84130-0939 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Syncb/Rooms To Go<br>Po Box 71757<br>Philadelphia, PA 19176-1757 |
| Synchrony Bank/Gap<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Gap<br>Po Box 71727<br>Philadelphia, PA 19176-1727 | US Bank National Association, et al.<br>c/o SN Servicing Corporation<br>GHIDOTTI<br> BERGER, LLP<br>1031 North Miami Beach Blvd.<br>Miami, FL 33162-3842 |
| Robin R Weiner<br>Robin R. Weiner, Chapter 13 Trustee<br>Post Office Box 559007<br>Fort Lauderdale, FL 33355-9007 | Stamatike S. Glarentzos<br>932 N. Northlake Drive<br>Hollywood, FL 33019-1113 | Susan D. Lasky Esq<br>320 SE 18 Street<br>Fort Lauderdale, FL 33316-2818 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. BANK TRUST NATIONAL ASSOCIATION, AS T

End of Label Matrix
Mailable recipients    11
Bypassed recipients     1
Total                  12